IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                   CRIMINAL ACTION NO. 3:07-cr-148-KS-MTP

LYNDALE D. FLOWERS                                                    DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Alter Judgment [18] filed by Lyndale Flowers. The Court finds that the motion is MOOT and should be DENIED.

SO ORDERED this the ___11th___ day of May, 2018.

                                  ___s/Keith Starrett_____
                                  UNITED STATES DISTRICT JUDGE